```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    UNITED STATES OF AMERICA

                    Plaintiff(s)

        -vs-                                    05-CR-6056T

    JERMAINE SHELTON

                    Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

SO ORDERED.

                                    S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated:  Rochester, New York
        January 30, 2006